In the Matter of Koehler & Company v. Maynard N. Clement.— Motion granted. Order resettled.

Alice E. Muller v. Oscar A. Muller.— Motion granted on payment of ten dollars costs.

John Jaburg and Another v. Haserot Canneries Company.— Motion denied. Appeal to be submitted at present term if respondent so desires.

Gretchen Rauch v. Elizabeth Donovan.— Motion denied.

Paul Gross v. Hugo Gorsch.— Motion granted on payment of ten dollars costs.

Harry D. Miller v. Crown Perfumery Company.— Motion denied, with ten dollars costs.

Le Roy Soher, Respondent, v. Herman Lobel, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Fredrieker Duffy, as Administratrix, etc., of James Duffy, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order affirmed, with costs. No opinion. (McLaughlin, J., dissenting generally, and Houghton, J., dissenting on the ground that the verdict of the jury as to the decedent exercising proper care is against the weight of evidence.)

The Universal Building and Construction Company, Appellant, v. Samuel Karp, Respondent, Impleaded with Moritz Waisman and Others.— Judgment affirmed, with costs. No opinion.

Eugenie Mazoyer, Respondent, v. New York City Railway Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Darwin Rudd, Respondent, v. Isaac Winkler and Simon M. Winkler, Trading under the Name of Isaac Winkler & Brother, Appellants. (No. 1.) — Judgment and order affirmed, with costs. No opinion.

Darwin Rudd, Respondent, v. Isaac Winkler and Simon M. Winkler, Trading under the Name of Isaac Winkler & Brother, Appellants. (No. 2.) — Judgment and orders affirmed, with costs. No opinion.

Consolidated Gas Company of New York, Respondent, v. The City of New York, Appellant.— Judgment affirmed, with costs, on the authority of *Brooklyn Union Gas Co.* v. *City of New York* (188 N. Y. 334), with leave to defendant to amend on payment of costs.

The People of the State of New York, Respondent, v. Dr. Weeks' Medical Office, Appellant.— Judgment affirmed on opinion in *People* v. *Woodbury Dermatological Institute* (124 App. Div. 877). (Houghton, J., dissenting on his opinion in that case.)

Edward A. Layton, Respondent, v. Elizabeth H. Kraft and Others, Impleaded with Morris H. Dillenbeck, as Executor, etc., of Anna E. St. John, Deceased, and Others, Appellants. (No. 1.) — Order affirmed, with costs, on opinion on former appeal (111 App. Div. 842).

Edward A. Layton, Respondent, v. Elizabeth H. Kraft and Others, Impleaded with Morris H. Dillenbeck, as Executor, etc., of Anna E. St. John, Deceased, and Others, Appellants. (No. 2.) — Judgment affirmed, with costs. No opinion.

Nicola Siragusa, Respondent, v. The City of New York, Appellant.— Order